# UNITED STATES DISTRICT COURT
Plea Minutes

Date: **05/28/2025**
Time: 11:02 a.m. – 11:13 a.m.
(00:11)

Case #: **1:25cr116**
Interpreter/Lang: Maria Horvath/Spanish

Honorable **CLAUDE M. HILTON**, United States District Judge, Presiding

| Paulina Miller | J. Egal |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
v.
**DAMASO LOPEZ-SERRANO**

Deft appeared: [ **X** ] in person         [ ] failed to appear
[ **X** ] with Counsel     [ ] without Counsel
[ ] through Counsel

Edward Ungvarsky

**Counsel for Defendant**

James Trump

**Counsel for Government**

**Matter called for:**
[ **X** ] Pre-Indictment Plea     [ ] Change of Plea     [ ] Plea Agreement

**Filed in open court:**
[ **X** ] Information   [ **X** ] Plea Agreement   [ **X** ] Statement of Facts   [ **X** ] Waiver of Indictment

**Plea:**
[ **X** ] Deft entered a Plea of Guilty as to Count 1 of the   [ ] Indictment   [ **X** ] Information

[ **X** ] Plea accepted by the Court.

[ **X** ] Deft directed to USPO for PSI   [ **X** ] Yes   [ ] No

[ **X** ] Case continued to: **FRIDAY, SEPTEMBER 5, 2025** at **10:00 A.M.** for:

[ ] Jury Trial   [ ] Bench Trial   [ ] Pre-Guidelines Sentencing   [ **X** ] Guidelines Sentencing

[ **X** ] Deft remanded   [ ] Deft Released on Bond   [ ] Deft Continued on same bond conditions