IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:25-cr-116 (AJT) |
| DAMASO LOPEZ-SERRANO, | No. 1:25-cr-42 (AJT) |
| Defendant. | No. 1:25-cr-43 (AJT) |

**POSITION OF THE UNITED STATES ON
DEFENDANT'S VIOLATION OF SUPERVISED RELEASE**

The defendant, Damaso Lopez-Serrano, is scheduled to be sentenced on February 4, 2026. In addition to imposing a sentence on the offense of conviction in this case, we ask that the Court find the defendant in violation of his supervised release stemming from his prior conviction in the Southern District of California and impose a sentence for those violations.

Attached is the Petition for Warrant or Summons for Offender Under Supervision issued on December 16, 2024, in the Southern District of California. In that Petition, the Probation Officer alleges that the defendant violated his supervised release based on the conduct alleged in the Criminal Complaint issued in EDVA in Docket No. 1:24-mj-496. The Petition notes three alleged violations of supervision and discusses the sentencing options for the Court upon a finding of those violations.

By orders issued February 6, 2025, in the Southern District of California and February 21, 2025, in the Eastern District of Virginia, jurisdiction over the defendant's supervision was transferred to the Eastern District of Virginia and assigned Docket Nos. 1:25-cr-42 (AJT) and 1:25-cr-43 (AJT).

At the sentencing hearing, we ask that the Court confirm on the record that the defendant admits to the allegations in the attached Petition. Assuming the defendant admits to the violations, we further request that the Court find the defendant in violation of his supervised release, terminate his supervision in those cases, and sentence the defendant to a term of incarceration.

In the Plea Agreement between the United States and the defendant, the United States agreed to recommend to the Court that any sentence imposed in this case run concurrently with any sentence imposed for the defendant's supervised release violation. The United States therefore requests that the Court sentence the defendant to a term of incarceration of five years for his violation of supervised release, with that sentence to run concurrently with any sentence imposed in this case.

Respectfully submitted,

United States Attorney's Office
Eastern District of Virginia

By: _____/s/_____
James L. Trump
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:         /s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
jim.trump@usdoj.gov