IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cr-116 (AJT) |
| DAMASO LOPEZ SERRANO, | ) | |
| Defendant. | ) | |

**<u>AMENDED ORDER</u>**

Damaso Lopez Serrano ("Defendant") was sentenced to, *inter alia*, a five-year term of
supervised release in two related cases in the Southern District of California, both styled as
*United States v. Lopez-Serrano:* Case Nos. 16-cr-01896-DMS-l, and 17-cr-03687-DMS.
Jurisdiction over Defendant's supervised release was transferred to this Court in April 2024
under Case Nos. 1:25-cr-42 and 1:25-cr-43.  In *United States v. Lopez-Serrano,* 1:25-cr-116, the
Defendant was then charged with (and subsequently pleaded guilty to) one count of Attempted
Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1). A Petition
for Warrant or Summons and a Confidential Recommendation were also filed on the docket in
Case No. 1:25-cr-116 by the Probation office, recommending that the Court find the Defendant
in violation of the terms of his supervised release in Case Nos. 1:25-cr-42 and 1:25-cr-43 based
on the conduct underlying the aforementioned guilty plea.

At a combined sentencing hearing concerning both the independent charge and the
supervised release violation, the Court made the finding of supervised release violation as
recommended by Probation, and sentenced the Defendant to two concurrent five-year terms of
incarceration with the Bureau of Prisons, followed by a five-year term of supervised release in
Case No. 1:25-cr-116 to be served in lieu of any remaining term of supervised release from
Defendant's prior convictions.  For these reasons, it is hereby

ORDERED that Defendant's term of supervised release imposed in *United States v. Lopez-Serrano,* Case Nos. 1:25-cr-42 and 1:25-cr-43 be, and the same hereby is,

**TERMINATED**.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Probation Office, and to terminate the case.

February 9, 2026
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge